IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GILBERT WASHINGTON,

      Appellant,

v.

SCHOOL DISTRICT OF
HILLSBOROUGH COUNTY
AND BROADSPIRE,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-248

_____/

Opinion filed January 13, 2015.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Dates of Accidents: April 23, 2007; July 25, 2007.

Gilbert Washington, pro se.

Robert P. Byelick and Allison G. Mawhinney of Abbey, Adams, Byelick & Mueller, L.L.P., St. Petersburg, for Appellees.

PER CURIAM.

      AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.